| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  WERLEIN, JR., EWING | 2. Court or Organization  USDC/SO. DIST. TEXAS | 3. Date of Report  08/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  515 RUSK AVENUE, ROOM 11521 HOUSTON, TX 77002-2605 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust No. 1 |
| 2. Director & Chairperson | The Methodist Hospital, Houston, Texas |
| 3. Director | TMH Medical Office Bldgs Condominium Assoc. |
| 4. As Chairperson of TMH Board, ex officio w/vote of following subsidiaries: | Medvest Holdings, Inc.; Methodist Health Centers; Methodist International; (cont'd in Note (1) in Part VIII) |
| 5. As Chairman of TMH Board, ex officio w/o vote of following subsidiaries: | Diagnostic Center Hospital Corp. of Texas; Medvest Inc.; (cont'd in Note (2) in Part VIII) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2009 AUG 11 A 9:45 RECEIVED

**Werlein Jr, Ewing**

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Monthly dues exemption for members | The Petroleum Club, Houston | $1,006.70 |
| 2. in government service before 10/13/08 | | |
| 3. when a new law barred exemptions. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Halliburton com. | A | Dividend | J | T | | | | | |
| 2. Halliburton com. | A | Dividend | J | T | | | | | |
| 3. BP PLC, ADR | C | Dividend | K | T | | | | | |
| 4. Exxon Mobil com. | C | Dividend | M | T | | | | | |
| 5. Anadarko Petroleum Corp. com. | A | Dividend | K | T | | | | | |
| 6. Wal-Mart Stores com. | A | Dividend | J | T | | | | | |
| 7. Exxon-Mobil com. | B | Dividend | L | T | | | | | |
| 8. Johnson & Johnson, com. | B | Dividend | L | T | | | | | |
| 9. Conoco Phillips, com. | B | Dividend | L | T | | | | | |
| 10. Texas Capital Bankshares, com. | | None | L | T | | | | | |
| 11. HCP Inc., com. f/k/a HealthCare Prop. | A | Dividend | J | T | | | | | |
| 12. CNL Lifestyle Props Inc. units f/k/a CNL Income Props. | A | Dividend | K | V | | | | | See note in Part VIII |
| 13. Hines REIT, units | A | Dividend | K | V | | | | | See note in Part VIII |
| 14. MUTUAL FUNDS: | | | | | | | | | |
| 15. Fidelity MM Fund | A | Dividend | J | T | | | | | |
| 16. Black Rock Sr. Fl. Rate Fund | A | Dividend | | | Sold | 06/25 | J | | |
| 17. Fidelity Low Price Stock | F | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Contrafund | C | Dividend | N | T | | | | | |
| 19. Fidelity Eq. Income II | B | Dividend | | | Sold | 06/12 | M | | |
| 20. Fidelity Mid-Cap Stock | C | Dividend | M | T | | | | | |
| 21. Vanguard 500 Index Fund | C | Dividend | | | Sold | 12/18 | M | | |
| 22. Assetmark Large-Cap Value | A | Dividend | K | T | Buy (add'l) | 01/14 | J | | |
| 23. | | | | | Buy (add'l) | 04/14 | J | | |
| 24. | | | | | Buy (add'l) | 07/14 | J | | |
| 25. | | | | | Buy (add'l) | 10/13 | J | | |
| 26. | | | | | Sold (part) | 12/17 | J | | |
| 27. Assetmark Large-Cap Growth | A | Dividend | K | T | Buy (add'l) | 01/14 | J | | |
| 28. | | | | | Buy (add'l) | 04/14 | J | | |
| 29. | | | | | Sold (part) | 07/14 | J | A | |
| 30. | | | | | Buy (add'l) | 10/13 | J | | |
| 31. | | | | | Sold (part) | 12/17 | J | | |
| 32. Assetmark Small/Mid-Cap Value | A | Dividend | J | T | Buy (add'l) | 01/14 | J | | |
| 33. | | | | | Sold (part) | 04/14 | J | | |
| 34. | | | | | Sold (part) | 07/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/17 | J | | |
| 36.   Assetmark Small/Mid-Cap Growth | A | Dividend | J | T | Buy (add'l) | 01/14 | J | | |
| 37. | | | | | Sold (part) | 04/14 | J | | |
| 38. | | | | | Sold (part) | 07/14 | J | | |
| 39. | | | | | Buy (add'l) | 10/13 | J | | |
| 40. | | | | | Buy (add'l) | 12/17 | J | | |
| 41.   Assetmark International | A | Dividend | K | T | Sold (part) | 01/14 | J | A | |
| 42. | | | | | Buy (add'l) | 04/14 | J | | |
| 43. | | | | | Buy (add'l) | 07/14 | J | | |
| 44. | | | | | Buy (add'l) | 10/13 | J | | |
| 45. | | | | | Sold (part) | 12/17 | J | | |
| 46.   Assetmark Real Estate Securities | A | Dividend | J | T | Buy (add'l) | 01/14 | J | | |
| 47. | | | | | Sold (part) | 04/14 | J | | |
| 48. | | | | | Buy (add'l) | 07/14 | J | | |
| 49. | | | | | Sold (part) | 10/13 | J | | |
| 50. | | | | | Buy (add'l) | 12/17 | J | | |
| 51.   Assetmark Tax-Exempt | B | Dividend | L | T | Sold (part) | 01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/14 | J | | |
| 53. | | | | | Sold (part) | 07/14 | J | | |
| 54. | | | | | Sold (part) | 10/13 | J | | |
| 55. | | | | | Buy (add'l) | 12/17 | J | | |
| 56. American Century Tax-Free Bond | A | Dividend | K | T | Sold (part) | 01/14 | J | A | |
| 57. | | | | | Sold (part) | 04/14 | J | A | |
| 58. | | | | | Sold (part) | 09/23 | J | | |
| 59. | | | | | Sold (part) | 10/09 | J | | |
| 60. | | | | | Buy (add'l) | 10/21 | J | | |
| 61. | | | | | Sold (part) | 11/18 | J | | |
| 62. | | | | | Buy (add'l) | 12/1 | J | | |
| 63. | | | | | Buy (add'l) | 12/17 | J | | |
| 64. Loomis Sayles Bond Fund Retail | A | Dividend | J | T | Sold (part) | 01/14 | J | A | |
| 65. | | | | | Sold (part) | 04/14 | J | A | |
| 66. | | | | | Sold (part) | 09/23 | J | | |
| 67. | | | | | Sold (part) | 10/09 | J | | |
| 68. | | | | | Buy (add'l) | 10/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,010 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/18 | J | | |
| 70. | | | | | Buy (add'l) | 12/01 | J | | |
| 71. TCW Galileo Select Equities | | None | | | Sold (part) | 01/14 | J | A | |
| 72. | | | | | Sold (part) | 04/14 | K | | |
| 73. | | | | | Sold | 05/05 | J | | |
| 74. Thornburg Internat'l Value | A | Dividend | J | T | Sold (part) | 01/14 | K | D | |
| 75. | | | | | Buy (add'l) | 04/14 | J | | |
| 76. | | | | | Buy (add'l) | 09/23 | J | | |
| 77. | | | | | Buy (add'l) | 10/09 | J | | |
| 78. | | | | | Sold (part) | 10/21 | J | A | |
| 79. | | | | | Sold (part) | 11/18 | J | A | |
| 80. | | | | | Buy (add'l) | 12/01 | J | | |
| 81. | | | | | Sold (part) | 12/17 | J | A | |
| 82. Federated Mun. Trust MM | A | Dividend | J | T | | | | | |
| 83. Credit Suisse Commod. Return | A | Dividend | | | Sold (part) | 01/14 | J | A | |
| 84. | | | | | Sold | 04/14 | J | B | |
| 85. Oakmark Fund | A | Dividend | J | T | Sold (part) | 01/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 04/14 | J | | |
| 87. | | | | | Sold (part) | 09/23 | J | | |
| 88. | | | | | Buy (add'l) | 10/09 | J | | |
| 89. | | | | | Buy (add'l) | 10/21 | J | | |
| 90. | | | | | Buy (add'l) | 11/18 | J | | |
| 91. | | | | | Sold (part) | 12/01 | J | | |
| 92. | | | | | Sold (part) | 12/17 | J | | |
| 93. Federated Mun. Tr. MM | A | Dividend | J | T | | | | | |
| 94. Clipper Fund | A | Dividend | J | T | Sold (part) | 01/14 | J | | |
| 95. | | | | | Buy (add'l) | 04/14 | J | | |
| 96. | | | | | Buy (add'l) | 09/23 | J | | |
| 97. | | | | | Buy (add'l) | 10/09 | J | | |
| 98. | | | | | Sold (part) | 10/21 | J | | |
| 99. | | | | | Buy (add'l) | 11/18 | J | | |
| 100. | | | | | Sold (part) | 12/01 | J | | |
| 101. | | | | | Buy (add'l) | 12/17 | J | | |
| 102. Pimco Developing Local Mkts Fund | A | Dividend | | | Sold (part) | 01/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 04/14 | J | | |
| 104. | | | | | Sold | 09/23 | K | | |
| 105. Federated Max Cap Index Fund | A | Dividend | | | Buy (add'l) | 01/14 | J | | |
| 106. | | | | | Buy (add'l) | 04/14 | J | | |
| 107. | | | | | Sold (part) | 09/23 | K | | |
| 108. | | | | | Buy (add'l) | 10/09 | J | | |
| 109. | | | | | Sold (part) | 10/21 | J | | |
| 110. | | | | | Sold | 11/18 | J | | |
| 111. Adelante U.S. Real Est. Secs. | A | Dividend | J | T | Buy | 11/18 | J | | |
| 112. | | | | | Sold (part) | 12/01 | J | | |
| 113. | | | - | - | Sold (part) | 12/17 | J | A | |
| 114. FMI Large Cap Fund | A | Dividend | J | T | Buy | 01/14 | J | | |
| 115. | | | | | Sold (part) | 04/14 | J | | |
| 116. | | | | | Sold (part) | 09/23 | J | | |
| 117. | | | | | Buy (add'l) | 10/09 | J | | |
| 118. | | | | | Sold (part) | 10/21 | J | | |
| 119. | | | | | Buy (add'l) | 11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/01 | J | | |
| 121. | | | | | Buy (add'l) | 12/17 | J | | |
| 122. Harbor Internat'l Fund Investor Class | A | Dividend | J | T | Buy | 01/14 | J | | |
| 123. | | | | | Sold (part) | 04/14 | J | | |
| 124. | | | | | Buy (add'l) | 09/23 | J | | |
| 125. | | | | | Buy (add'l) | 10/09 | J | | |
| 126. | | | | | Sold (part) | 10/21 | J | | |
| 127. | | | | | Buy (add'l) | 11/18 | J | | |
| 128. | | | | | Sold (part) | 12/01 | J | | |
| 129. | | | | | Sold (part) | 12/17 | J | | |
| 130. Harbor Capital Appreciation Fund | A | Dividend | J | T | Buy | 05/05 | J | | |
| 131. | | | | | Sold (part) | 09/23 | J | | |
| 132. | | | | | Buy (add'l) | 10/09 | J | | |
| 133. | | | | | Buy (add'l) | 10/21 | J | | |
| 134. | | | | | Buy (add'l) | 11/18 | J | | |
| 135. | | | | | Sold (part) | 12/01 | J | | |
| 136. Oakmark Global Select Fund Class I | A | Dividend | J | T | Buy | 01/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,000 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Buy (add'l) | 04/14 | J | | |
| 138. | | | | | Sold (part) | 09/23 | J | | |
| 139. | | | | | Buy (add'l) | 10/09 | J | | |
| 140. | | | | | Sold (part) | 10/21 | J | | |
| 141. | | | | | Buy (add'l) | 11/18 | J | | |
| 142. | | | | | Sold (part) | 12/01 | J | | |
| 143. | | | | | Sold (part) | 12/17 | J | | |
| 144. Pimco High Yield Fund Class D | A | Dividend | K | T | Buy | 12/01 | J | | |
| 145. | | | | | Buy (add'l) | 12/17 | J | | |
| 146. Federated Tax Free Instrs. Instl. Shs | A | Dividend | | | Buy | 09/23 | K | | |
| 147. | | | | | Sold (part) | 10/09 | J | | |
| 148. | | | | | Sold (part) | 10/21 | J | | |
| 149. | | | | | Sold (part) | 11/18 | J | | |
| 150. | | | | | Buy (add'l) | 12/01 | J | | |
| 151. | | | | | Sold | 12/17 | J | | |
| 152. Touchstone Sands Capital Select | | None | J | T | Buy | 04/14 | K | | |
| 153. | | | | | Buy (add'l) | 09/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 10/09 | J | | |
| 155. | | | | | Buy (add'l) | 10/21 | J | | |
| 156. | | | | | Buy (add'l) | 11/18 | J | | |
| 157. | | | | | Sold (part) | 12/01 | J | | |
| 158. | | | | | Sold (part) | 12/17 | J | | |
| 159. Vanguard Prime MM Fund | A | Dividend | M | T | Buy | 12/18 | M | | |
| 160. BONDS and U.S. TREASURY NOTES: | | | | | | | | | |
| 161. Dallas, TX Ind. Sch. bonds | B | Interest | K | T | | | | | |
| 162. Frisco, TX AMBAC bonds | B | Interest | K | T | | | | | |
| 163. ACCOUNTS IN FINANCIAL INST: | | | | | | | | | |
| 164. Merrill Lynch Cash/Money Accts | B | Dividend | N | T | | | | | |
| 165. Northern Trust Bank, Houston, check. acct. | A | Interest | L | T | | | | | |
| 166. Bank of America, Houston, TX (Accounts) | B | Interest | L | T | | | | | |
| 167. Nat'l City Bank, Cincinnati, CD | C | Interest | | | Redeemed | 02/05 | L | | See Note in Part VIII |
| 168. Encore Bank, Houston, CD | C | Interest | L | T | | | | | |
| 169. Capital One Bank, Glen Allen, VA, CD | C | Interest | | | Redeemed | 08/07 | L | | |
| 170. Intervest Bank, Clearwater, FL, CD | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Key Bank USA CD | C | Interest | L | T | | | | | |
| 172. Corus Bank, Houston CD | C | Interest | | | Redeemed | 08/14 | L | | |
| 173. North Houston Bank CD | C | Interest | | | Redeemed | 11/14 | L | | |
| 174. Comerica Bank, Houston (accts) | B | Interest | L | T | | | | | |
| 175. Texas Capital Bank, Houston (acct) | A | Interest | L | T | Open | 06/24 | M | | |
| 176. REAL ESTATE: | | | | | | | | | |
| 177. Condo-Larimer Co., CO | E | Rent | N | W | | | | | |
| 178. Fractional interest in land, SA White Survey, Galv. Co., TX | | None | | | Sold | 08/15 | J | | |
| 179. Working Interest-Cabot U., Andrews Co., TX | D | Royalty | K | W | | | | | |
| 180. Royalty Interest, Ector Co., TX (X) | A | Royalty | J | W | | | | | |
| 181. Royalty Interest, Wheeler Co., TX (X) | A | Royalty | J | W | | | | | |
| 182. Royalty Interest, Martin Co., TX (X) | A | Royalty | J | W | | | | | |
| 183. RETIREMENT & IRA ACCOUNTS: | | | | | | | | | |
| 184. IRA Acct: Marsico Inv. Fund | | None | | | Sold | 03/24 | L | | |
| 185. IRA Acct: John Hancock Ind. Ret. Annuity | | None | K | V | | | | | See Note-Part VIII |
| 186. IRA Acct: CGM Focus Fund | A | Dividend | K | T | Buy | 03/24 | L | | |
| 187. IRA ROLLOVER ACCOUNT: All entries that follow from Lines 190 | E | Dividend | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. through 249 are under the discretionary | | Interest | | | | | | | |
| 189. management of a registered investment m anager. | | | | | | | | | |
| 190. --Pfizer Inc., com. | | | | | | | | | |
| 191. --Altria Group, com. | | | | | | | | | |
| 192. --Schwab MM Funds | | | | | | | | | |
| 193. --Americredit Corp., com. | | | | | | | | | |
| 194. --Comcast Corp. New Cl. A | | | | | | | | | |
| 195. --Consol. Energy, com. | | | | | Sold (part) | 01/11 | J | D | |
| 196. | | | | | Sold (part) | 05/20 | K | E | |
| 197. | | | | | Buy (add'l) | 08/20 | K | | |
| 198. --Leucadia Natl Corp., com. | | | | | | | | | |
| 199. --Liberty Media Hldg CPA, com. | | | | | Sold | 01/28 | K | | |
| 200. --Liberty Media Holding Corp. Ser. A, com. | | | | | Sold | 08/21 | J | | |
| 201. --Mercury Genl Corp., com. | | | | | | | | | |
| 202. --NVR Inc., com. | | | | | Sold (part) | 04/29 | J | | |
| 203. --Capital One Fin. Corp., com. | | | | | | | | | |
| 204. --Key Energy Serv., com. | | | | | Sold (part) | 06/18 | K | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 08/18 | K | D | |
| 206. --RLI Corp., com. | | | | | Sold (part) | 12/05 | K | D | |
| 207. --Ashford Hospitality TR Reit | | | | | Sold | 10/29 | J | | |
| 208. --Berkshire Hathaway CL B | | | | | | | | | |
| 209. --Petrohawk Energy Corp., com. | | | | | Sold (part) | 04/29 | K | E | |
| 210. | | | | | Sold | 06/13 | K | E | |
| 211. --Cintas Corp., com. | | | | | | | | | |
| 212. --Amer. Eagle Outfitters New, com. | | | | | | | | | |
| 213. --Alesco Financial, com. | | | | | Sold | 09/17 | J | | |
| 214. --Gannett Co., com. | | | | | | | | | |
| 215. --Home Depot, com. | | | | — | | | | | |
| 216. --Lee Enterprises, com. | | | | | Sold | 09/12 | J | | |
| 217. --Microsoft Corp., com. | | | | | Sold | 01/28 | L | E | |
| 218. --Tyco Int'l Ltd., com. | | | | | | | | | |
| 219. --Castlepoint Holdings F., com. | | | | | | | | | |
| 220. --Coleman Cable Inc., com. | | | | | | | | | |
| 221. --Covidien Ltd. F., com. | | | | | Sold (part) | 08/21 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 09/23 | K | D | |
| 223. --Freddie Mac Voting SHS, com. | | | | | Sold | 09/09 | J | | |
| 224. --Johnson & Johnson, com. | | | | | Sold (part) | 08/21 | J | B | |
| 225. --Kraft Foods Inc., com. | | | | | | | | | |
| 226. --Meruelo Maddux PPTYS Inc., com. | | | | | | | | | |
| 227. --Sherwin Williams Co., com. | | | | | Sold (part) | 12/05 | J | | |
| 228. --Tyco Electronics Ltd., com. | | | | | Sold | 12/05 | J | | |
| 229. --RAIT Financial Trust | | | | | | | | | |
| 230. --Liberty Media Corp. CL A, com. | | | | | Spinoff (from line 200) | 03/04 | K | | from Lib Med Holding Ser.A |
| 231. --Annaly Cap. Mgmt REIT | | | | | Buy | 07/29 | K | | |
| 232. --Allied Waste, com. | | | | | Buy | 02/11 | K | | |
| 233. | | | | | Sold (part) | 08/21 | K | D | |
| 234. | | | | | Merged (with line 235) | 12/08 | | | merged into Rep. Srvcs. |
| 235. --Republic Srvcs, com. | | | | | Merged (with line 234) | 12/08 | | | merged from Allied Waste |
| 236. --Boston Priv. Finl Hldg, com. | | | | | Buy | 07/25 | K | | |
| 237. --Horsehead Hldg Corp., com. | | | | | Buy | 02/13 | K | | |
| 238. --Illinois Tool Works, com. | | | | | Buy | 04/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Kohls Corp., com. | | | | | Buy | 01/28 | K | | |
| 240. --Microsoft, com. | | | | | Buy | 10/24 | K | | |
| 241. --Myr Group, com. | | | | | Buy | 08/20 | K | | |
| 242. --Orion Marine Group, com. | | | | | Buy | 01/17 | K | | |
| 243. --Pinnacle Gas Res., com. | | | | | Buy | 08/15 | K | | |
| 244. --Schwab Value Adv. Money Fund | | | | | Buy | 07/07 | K | | |
| 245. | | | | | Sold | 07/31 | K | | |
| 246. --Stryker Corp., com. | | | | | Buy | 12/05 | K | | |
| 247. --Synovus Financial, com. | | | | | Buy | 08/01 | K | | |
| 248. --Wellpoint, Inc., com. | | | | | Buy | 09/12 | K | | |
| 249. --Philip Morris Intl, com. | | | | | Spinoff (from line 191) | 03/28 | K | | spinoff from Altria |
| 250. TRUST NO. 1: (I owned no present benefici al interest in | F | Dividend | P1 | T | | | | | |
| 251. and received no income from this Trust or the entries that | | Interest | | | | | | | |
| 252. follow from lines 255 thru 296, but it is | | | | | | | | | |
| 253. reportable because I was one of three co-trus tees) | | | | | | | | | |
| 254. --COMMON STOCKS IN TRUST NO. 1: | | | | | | | | | |
| 255. --AT&T, com. | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. --Bristol-Myers Squibb, com. | | | | | | | | | |
| 257. --Burlington Northern Santa Fe, com. | | | | | | | | | |
| 258. --Conoco Phillips, com. | | | | | | | | | |
| 259. --Target Corp., com. | | | | | | | | | |
| 260. --Dean Foods Co, com. | | | | | | | | | |
| 261. --Goodyear, com. | | | | | | | | | |
| 262. --Intel Corp., com. | | | | | | | | | |
| 263. --IBM, com. | | | | | | | | | |
| 264. --Johnson & Johnson, com. | | | | | | | | | |
| 265. --J.P. Morgan Chase, com. | | | | | | | | | |
| 266. --Halliburton Co., com. | | | | | | | | | |
| 267. --Exxon Mobil, com. | | | | | | | | | |
| 268. --Cisco Systems, com. | | | | | | | | | |
| 269. --Pepsico, Inc., com. | | | | | | | | | |
| 270. --Zimmer Holdings, Inc., com. | | | | | | | | | |
| 271. --Hewlett Packard, com. | | | | | | | | | |
| 272. --Comcast Corp. Class A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --LSI Corp., com. | | | | | | | | | |
| 274. --Treehouse Foods, com. | | | | | | | | | |
| 275. --MUTUAL FUNDS-TAX EXEMPT, IN TRUST NO. 1: | | | | | | | | | |
| 276. --Nuveen Muni Mkt Oppor. Fund | | | | | | | | | |
| 277. --MORTGAGE & ASSET BACKED SECU RITIES IN TRUST NO. 1: | | | | | | | | | |
| 278. --Ginnie Mae Series 2002-70 | | | | | Redeemed | 05/20 | K | A | |
| 279. --MUNICIPAL BONDS IN TRUST NO. 1: | | | | | | | | | |
| 280. --Halifax Hosp. Med. Ctr. Fla. | | | | | | | | | |
| 281. --Lower Colo. Riv. Auth. Tex. | | | | | | | | | |
| 282. --Montgomery Co. Pa. Hghr. Ed. | | | | | | | | | |
| 283. --Illinois Dev. Fin. Auth. | | | | | | | | | |
| 284. --Texas St. Dept. HSG & CMTY Affairs | | | | | | | | | |
| 285. --Florida HSG FIN Corp. Rev. | | | | | | | | | |
| 286. --Meriden Conn. G10 Bonds | | | | | | | | | |
| 287. --Mission TX Cons. Indpt. Sch. Dist. | | | | | | | | | |
| 288. --Austin ISD Tex. U/T Ref. Ser. A | | | | | | | | | |
| 289. --New Jersey St. Transn. TR FD Auth. Sys., Ser A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --Univ Tex Perm Univ FD. RFDG Ser. B | | | | | Buy | 10/14 | L | | |
| 291. --Pearland TX Indpt Sch Dist Ser A U/T B/E DD | | | | | Buy | 03/04 | K | | |
| 292. --CASH & CASH EQUIVALENTS IN TRUST NO. 1: | | | | | | | | | |
| 293. --Western Asset Muni. MM Fund Cl. A. | | | | | | | | | |
| 294. --REAL ESTATE IN TRUST NO. 1: | | | | | | | | | |
| 295. --Fract. interest in land, S.A. White Survey, Galv. Co., TX | | | | | Sold | 08/15 | J | | |
| 296. --Vacant land in Kerr Co., TX | | | | | | | | | |
| 297. IRA ROLLOVER ACCT. NO. 2. All entries that follow from | G | Dividend | P1 | T | | | | | |
| 298. lines 302 thru 386 are under the full discretionary | | Interest | | | | | | | |
| 299. management of a registered investment manager. | | | | | | | | | |
| 300. FEDERAL AGENCY BONDS, NOTES, AND MORTGAGES | | | | | | | | | |
| 301. in IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 302. --Fed. Home Ln Mtg Corp Notes due 10/08 | | | | | Redeemed | 10/15 | L | C | |
| 303. --Federal Home Ln Mtg Corp Notes due 03/09 | | | | | | | | | |
| 304. --Federal Natl Mtg Assoc Sub Notes due 02/11 | | | | | | | | | |
| 305. --Fed Nat'l Mtg Assoc. Callable Notes due 01/10 | | | | | Redeemed | 07/22 | M | | |
| 306. --Fed. Nat'l Mtg Ass'n, callable Notes, due 01/08 | | | | | Redeemed | 01/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --Fed. Home Loan Mtg callable Notes, due 10/11 | | | | | Redeemed | 10/06 | M | | |
| 308. --Fed. Nat'l Mtg Assn. Callable Notes due 01/10 | | | | | | | | | |
| 309. --Fedl Natl Mtg Assoc. due 07/13 | | | | | Buy | 02/20 | M | | |
| 310. --Fed. Home Loan Mtg due 10/08 | | | | | Buy | 07/30 | M | | |
| 311. | | | | | Sold | 10/28 | M | | |
| 312. --Fedl Natl Mtg Dis. Note due 12/08 | | | | | Buy | 07/10 | N | | |
| 313. | | | | | Redeemed | 12/05 | N | | |
| 314. --ML US Trea. Money Fd | | | | | Buy | 10/08 | M | | |
| 315. | | | | | Buy (add'l) | 10/17 | M | | |
| 316. CORPORATE BONDS/NOTES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 317. --Chase Manhattan Corp. Subordinate Notes | | | | | | | | | |
| 318. --Goldman Sachs Group SR Unsub Notes Global | | | | | | | | | |
| 319. --Citigroup Inc. Senior Notes | | | | | | | | | |
| 320. --Target Corp. Notes | | | | | | | | | |
| 321. --Proctor & Gamble Corp. Notes | | | | | Buy | 12/16 | M | | |
| 322. EQUITIES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 323. --American Express, com. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. --BP PLC, ADR | | | | | Sold (part) | 04/28 | J | C | |
| 325. | | | | | Sold (part) | 06/02 | K | D | |
| 326. --Citigroup, com. | | | | | Sold | 07/16 | J | | |
| 327. --ChevronTexaco, com. | | | | | Sold (part) | 07/16 | K | E | |
| 328. --KO, com. | | | | | | | | | |
| 329. --Exxon Mobil, com. | | | | | | | | | |
| 330. --GE, com. | | | | | | | | | |
| 331. --INTC, com. | | | | | | | | | |
| 332. --J.P. Morgan Chase, com. | | | | | | | | | |
| 333. --JNJ, com. | | | | | | | | | |
| 334. --LLY, com. | | | | | | | | | |
| 335. --Merck, com. | | | | | | | | | |
| 336. --PEP, com. | | | | | | | | | |
| 337. --Pfizer, com. | | | | | Sold (part) | 01/08 | J | | |
| 338. | | | | | Sold | 04/28 | K | | |
| 339. --WMT, com. | | | | | Sold (part) | 04/28 | J | A | |
| 340. --Walgreen, com. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. --American Intl. Group, com. | | | | | Sold | 08/27 | J | | |
| 342. --McGraw-Hill, Inc., com. | | | | | | | | | |
| 343. --Microsoft Corp., com. | | | | | | | | | |
| 344. --Altria Group, com. | | | | | | | | | |
| 345. --Bank of America, com. | | | | | | | | | |
| 346. --Ameriprise Finl Inc., com. | | | | | | | | | |
| 347. --Automatic Data Proc., com. | | | | | Buy (add'l) | 01/08 | J | | |
| 348. --Emerson Elec. Co., com. | | | | | | | | | |
| 349. --HSBC Hldg PLC, com. | | | | | | | | | |
| 350. --Occidental Pete Corp. Cal., com. | | | | | | | | | |
| 351. --Caterpillar, Inc., com. | | | | | Buy (add'l) | 01/08 | J | | |
| 352. --Halliburton Co., com. | | | | | | | | | |
| 353. --Home Depot, Inc., com. | | | | | | | | | |
| 354. --Merrill Lynch & Co. Inc., com. | | | | | Sold | 07/16 | J | | |
| 355. --Praxair Inc., com. | | | | | | | | | |
| 356. --Proctor & Gamble., com. | | | | | Buy (add'l) | 01/08 | J | | |
| 357. --Target Corp., com. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. --Transocean, com. | | | | | | | | | |
| 359. --United Technologies Corp., com. | | | | | | | | | |
| 360. --United Health Group, com. | | | | | Sold | 01/08 | J | A | |
| 361. --Cisco Systems Inc., com. | | | | | | | | | |
| 362. --Medtronic Inc., com. | | | | | | | | | |
| 363. --Microchip Tech., Inc., com. | | | | | | | | | |
| 364. --Patriot Coal Corp., com. | | | | | | | | | |
| 365. --Peabody Energy Corp., com. | | | | | | | | | |
| 366. --Texas Instruments, com. | | | | | | | | | |
| 367. --ThermoFisher Scient., Inc., com. | | | | | Sold | 04/28 | J | A | |
| 368. --Kraft Foods Inc., com. | | | | | Sold (part) | 01/08 | K | D | |
| 369. | | | | | Sold (part) | 04/28 | K | D | |
| 370. --Abbott Labs, com. | | | | | Buy | 07/16 | K | | |
| 371. --ABB Ltd., com. | | | | | Buy | 07/16 | K | | |
| 372. --Rio Tinto PLC, com. | | | | | Buy | 07/16 | K | | |
| 373. --Entergy Corp. New, com. | | | | | Buy | 04/28 | K | | |
| 374. --Exelon Corp., com. | | | | | Buy | 04/28 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. --Fomento Ecnmco Mex., com. | | | | | Buy | 01/08 | K | | |
| 376. --Freeprt. McMoran CPR & Gold, com. | | | | | Buy | 04/28 | K | | |
| 377. --Genl Dynamics Corp., com. | | | | | Buy | 04/28 | K | | |
| 378. --McDermott Intl, com. | | | | | Buy | 06/02 | K | | |
| 379. | | | | | Buy (add'l) | 08/27 | J | | |
| 380. --McDonalds, com. | | | | | Buy | 01/08 | K | | |
| 381. --Natl Oilwell Varco, com. | | | | | Buy | 06/02 | K | | |
| 382. --Philip Morris Intl, com. | | | | | Spinoff (from line 344) | 04/03 | L | | Stock div. from Altria |
| 383. --Total SA., com. | | | | | Buy | 01/08 | K | | |
| 384. CASH ACCOUNTS IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 385. --ML Bank USA RASP | | | | | | | | | |
| 386. --ML Bank B&T FSB RASP | | | | | | | | | |
| 387. Vanguard Prime MM IRA Rollover | E | Dividend | N | T | Sold (part) | 10/06 | O | | |
| 388. Vanguard Admiral Trsy MM IRA Rollover | B | Dividend | P1 | T | Buy | 10/06 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Part I POSITIONS, line 4, also the following subsidiaries: Methodist Security Services, Inc.; The Methodist Hospital Foundation; The Methodist Hospital Research Institute; and TMH Health Care Group.

(2) Part I POSITIONS, line 5, also the following subsidiaries: Methodist Willowbrook Medical Office Bldgs Condominium Association; Methodist Willowbrook Medical Office Bldgs II Condominium Association; San Jacinto Methodist-Alexander Condominium Association; San Jacinto Methodist Hospital; SJMH Condominium Association; The Methodist Hospital Condominium Association; and TMH Medical Office Buildings.

(3) Part VII, page 4, lines 12 and 13: The year-end values of CNL Lifestyle Props. Inc. units, and Hines REIT, which are real estate REITS that are not publicly traded, are derived from the issuers' estimates of value at year end.

(4) Part VII, page 13, line 167: Nat'l City Bank C.D. was mistakenly shown on my 2007 Financial Disclosure Report as having been redeemed on 02/05/07. It was not actually redeemed until 02/05/2008. This note is intended to amend my 2007 Report to that effect.

(5) Part VII, page 14, line 185: The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544